EXHIBIT "A"

# Gibson & Money, LLC

September 21, 2022

Mr. Robert Marshall-Register Number 14029-002
c/o FCI Talladega
565 East Renfroe Road
Talladega, AL  35160
**CONFIDENTIAL ATTORNEY/CLIENT CORRESPONDENCE**
**PLEASE OPEN IN PRESENCE OF INMATE**

**Re: Certified Sentencing transcripts from DOC re: Federal sentencing issue**

Robert:

    I hope this letter finds you well. I have enclosed the certified sentencing transcripts on your case. After much research into all of the sentencing cases, it is apparent that according to your transcript there was only ONE sentencing event. As you see from their correspondence there are no records on file for the other cases that were allegedly used so in other words there is no other sentencing record out there besides the two I am attaching. I have made copies and am sending you the originals to include in your motion. I am here to assist you in any other way you may need.

Respectfully,

Steven W. Money

2608 8th Street
Tuscaloosa, AL  35401

205-342-9000
205-342-9111
stevenwmoney@bellsouth.net




# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL  36130-1501
(334) 353-3883

**KAY IVEY**
GOVERNOR

**JOHN Q. HAMM**
COMMISSIONER

**September 9, 2022**

Steve W Money
Gibson & Money, LLC
2608 8th Street
Tuscaloosa, AL 35401

Dear Sir/Madam:

This is to certify that I, Alcornelia Terry, am the Director of Central Records, and that I am the legal custodian of inmate central records on file with the Alabama Department of Corrections and the enclosed or attached documents are true and correct copies taken directly from the records on file with the Department of Corrections and pertain to none other than the person whose name appears hereon:

| Marshall, Robert | 00193361 | B/M | Autauga |
|---|---|---|---|
| NAME | AIS NO. | RACE & SEX | COUNTY |

    A.) Transcript—CC 96 000282.00
    B.) Transcript—CC 98 000411.00
    C.) The Additional Transcripts Requested Are Not On File

_Alcornelia Terry_
Alcornelia Terry
Director, Central Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 9TH DAY OF SEPTEMBER 2022

_Konikwa A. Burden_
Konikwa Z. Burden, Notary Public
State of Alabama at Large
MY COMMISSION EXPIRES: AUGUST 14, 2024



```
ACS359                    ALABAMA JUDICIAL DATA CENTER
                              AUTAUGA COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT
                                              CC 96 000282.00
                                              BEN A FULLER
```

| | |
|---|---|
| CIRCUIT COURT OF AUTAUGA COUNTY | COURT ORI: 004015 J |

| STATE OF ALABAMA     VS. | DC NO: |
| MARSHALL ROBERT    ALIAS: | G J:  174 |
|                   ALIAS: | SSN:      3294 |
|  | SID: |
|  | AIS: |

DOB:       71   SEX: M   HT: 5 05   WT: 145   HAIR:         EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

DATE OFFENSE: 00/00/00   ARREST DATE: 12/17/96   ARREST ORI:

| CHARGES @ CONV | CITES | OFF CLASS: ( )A (X)B ( )C |
|---|---|---|
| UNLAW DISTRIB CONTROL SUBS | 13A-012-211 | |
| UNLAW DISTRIB CONTROL SUBS | 13A-012-211 | |
| UNLAW DISTRIB CONTROL SUBS | 13A-012-211 | |
| UNLAW DISTRIB CONTROL SUBS | 13A-012-211 | |

JUDGE: BEN A FULLER  0413     PROSECUTOR: HOUSTON, RANDALL V

PROBATION APPLIED   GRANTED    DATE       REARRESTED DATE    REVOKED    DATE
( )Y( )N _____   (Y)Y( )N _____   ( )Y( )N _____   (X)Y( )N 10/29/98

ACT 754-76                IMPOSED      SUSPENDED       TOTAL      JAIL CREDIT
( )Y (X)N   CONFINEMENT:  15 00 000    00 00 000    15 00 000    00 00 006
            PROBATION  :  00 00 000                 00 00 000
DATE SENTENCED: 05/23/97   SENTENCE BEGINS:         10/29/98       407

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $397.50 | $397.50 |
| RESTITUTION | ATTORNEY FEE | $150.00 | $150.00 |
| CRIME VICTIM | CRIME VICTIMS | $100.00 | $100.00 |
| RECOUPMENT | COST | $184.00 | $184.00 |
|  | FINE | $250.00 | $250.00 |
|  | MUNICIPAL FEES | $0.00 | $0.00 |
|  | DRUG FEES | $0.00 | $0.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $0.00 | $0.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  | TOTAL | $1081.50 | $1081.50 |

APPEAL DATE         SUSPENDED         AFFIRMED         REARREST
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS: (23) 193361

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND AND IS TRUE AND CORRECT.

*Fred Posey*
CIRCUIT CLERK
01/28/99
                                                                1999

OPERATOR: DEM
PREPARED: 01/28/99

ENTERED TERMINALS
DATE 2-2-99 BY GP

ACS359

**ALABAMA JUDICIAL DATA CENTER**
**AUTAUGA COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 98 000411.00
BEN A FULLER

| CIRCUIT COURT OF AUTAUGA COUNTY | COURT ORI: 004015 J |
|---|---|
| STATE OF ALABAMA VS. MARSHALL ROBERT ALIAS: ALIAS: | DC NO: G J: 19 SSN: 3294 SID: AIS: |

DOB:         71   SEX: M   HT: 5 05   WT: 145   HAIR:         EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:           AGE:        FEATURES:

DATE OFFENSE: 03/10/98   ARREST DATE: 11/16/98   ARREST ORI:

CHARGES @ CONV         CITES              OFF CLASS: ( )A (X)B ( )C
UNLAW DISTRIB CONTROL SUBS   13A-012-211
UNLAW DISTRIB CONTROL SUBS   13A-012-211

JUDGE: BEN A FULLER  0413         PROSECUTOR: HOUSTON, RANDALL V

PROBATION APPLIED   GRANTED   DATE      REARRESTED  DATE   REVOKED   DATE
( )Y( )N                ( )Y( )N                 ( )Y( )N           ( )Y( )N

ACT 754-76                IMPOSED     SUSPENDED    TOTAL      JAIL CREDIT
( )Y (X)N   CONFINEMENT:  20 00 000   00 00 000   20 00 000   00 04 028
            PROBATION  :  00 00 000               00 00 000
DATE SENTENCED: 04/13/99   SENTENCE BEGINS:       04/13/99      148

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $440.00 | $440.00 |
| RESTITUTION | ATTORNEY FEE | $750.00 | $750.00 |
| CRIME VICTIM | CRIME VICTIMS | $100.00 | $100.00 |
| RECOUPMENT | COST | $214.00 | $214.00 |
| CONCURR SENT | FINE | $1000.00 | $1000.00 |
|  | MUNICIPAL FEES | $0.00 | $0.00 |
|  | DRUG FEES | $0.00 | $0.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $0.00 | $0.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  | TOTAL | $2504.00 | $2504.00 |

APPEAL DATE      SUSPENDED        AFFIRMED         REARREST
( )Y( )N         ( )Y( )N         ( )Y( )N         ( )Y( )N

REMARKS: AC 193361
Each count is to run concurrent
with the other + with time now
serving.

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND AND IS TRUE AND CORRECT.

CIRCUIT CLERK
04/22/99

Elmore CF

OPERATOR: DEM
PREPARED: 04/22/99

ENTERED TERMINALS
DATE 4-27-99 BY