**EXHIBIT "C"**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE

**R. DWAYNE SPURLOCK**
CHIEF PROBATION OFFICER

**SCOTT WRIGHT**
DEPUTY CHIEF PROBATION OFFICER

Frank M. Johnson, Jr.
U. S. Courthouse Complex
One Church Street
Montgomery, AL 36104

Voice 334/954-3226
FAX 334/954-3230



October 19, 2015

Robert Marshall
#14029-002
FCI Talladega
P.O. Box 1000
Talladega, AL 35160

Mr. Marshall:

    I am in receipt of your letter dated September 15, 2015, regarding your convictions for Possession/Receiving a Controlled Substance and Unlawful Distribution of a Controlled Substance (three counts) in the Circuit Court of Autauga County, Alabama, case number CC96-282. I, as well as Supervising U.S. Probation Officer Jacquelyn P. Caple, have reviewed your continued objection that the conviction should not receive criminal history points, nor be used as a second "prior felony" to qualify as a career offender under USSG §4B1.1. In so doing, I, as well as Supervising U.S. Probation Officer Caple, reviewed your presentence report, the provided court documents, and the Court's finding regarding said objection at the time of sentencing and found no error in application. The sentence you received upon revocation on October 29, 1998, resulted in you being incarcerated as a result of said conviction within 14 years of the commencement of the instant offense (or up to one year, October 19, 1999, within the 15 year time frame); and therefore is within the applicable time period for being countable under USSG §4A1.1(a). Also, *see* USSG §4A1.2(e)(1), and 4A1.2(k)(1) and 2(A).

    I hope this information proves useful to you.

Sincerely,

Ellen S. Traywick
Senior U.S. Probation Officer

Ex-1

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE

R. DWAYNE SPURLOCK
CHIEF PROBATION OFFICER

SCOTT WRIGHT
DEPUTY CHIEF PROBATION OFFICER

Frank M. Johnson, Jr.
U. S. Courthouse Complex
One Church Street
Montgomery, AL 36104

Voice 334/954-3226
FAX 334/954-2230



March 30 2016

Robert Marshall
#14029-002
FCI Talladega
Post Office Box 1000
Talladega, AL  35160

Mr. Marshall:

I am in receipt of your letter dated March 21, 2016. I advised you in a letter dated October 19, 2015, that I, as well as Supervising U.S. Probation Officer Caple, reviewed this same issue you presented in letter a dated September 15, 2015, and found no error in application. Furthermore, the Court made it's finding at the time of sentencing (June 4, 2013), that your convictions for Possession/Receiving a Controlled Substance and Unlawful Distribution of a Controlled Substance (three counts) in the Circuit Court of Autauga County, Alabama, qualify you as a Career Offender under USSG §4B1.1.

Sincerely,

/s/ Ellen S. Traywick
Supervisory U.S. Probation Officer.